IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PRAXAIR, INC., <br> PRAXAIR TECHNOLOGY, INC., <br> <br> Plaintiffs, <br> <br> v. <br> <br> AIR LIQUIDE LARGE INDUSTRIES U.S. LP, <br> <br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Case No. 1:16-cv-00065 <br> <br> JURY DEMANDED |

## AGREED MOTION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiffs Praxair, Inc. and Praxair Technology, Inc., pursuant to Fed. R. Civ. P. 41(a)(2), hereby move for an order dismissing all claims in this action WITHOUT PREJUDICE, subject to the terms of that certain agreement entitled "STANDSTILL AGREEMENT" and dated June 13, 2016, with each party to bear its own costs, expenses and attorneys fees.

Dated:  June 15, 2016         Respectfully submitted,


By: */s/ J. Thad Heartfield*
J. Thad Heartfield
State Bar No. 09346800
thad@heartfieldlawfirm.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone:  (409) 866-3318
Facsimile:  (409) 866-5789

*Of Counsel*
Brian P. Biddinger
Brian.Biddinger@ropesgray.com
Christopher J. Harnett
Christopher.Harnett@ropesgray.com
Vincent C. Sica
Vincent.Sica@ropesgray.com

ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Attorneys for Plaintiffs*
PRAXAIR, INC.
PRAXAIR TECHNOLOGY, INC.


By: */s/ Charles B. Walker, Jr.*
Charles B. Walker, Jr. (TBN 00794808)
Lead Attorney
charles.walker@nortonrosefulbright.com
James W. Repass (TBN 16786940)
jim.repass@nortonrosefulbright.com
Daniel Leventhal (TBN 24050923)
daniel.leventhal@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5203
Facsimile: (713) 651-5246

*Attorneys for Defendant*
AIR LIQUIDE LARGE INDUSTRIES
U.S. LP


**<u>CERTIFICATE OF SERVICE</u>**

I certify that on June 15, 2016, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

*/s/ J. Thad Heartfield*
J. Thad Heartfield